IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PHILLIPS, #256 638, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:12-CV-234-WHA |
| ) | |
| WARDEN CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (*Doc. No. 33*), is GRANTED; and

2. Petitioner is GRANTED an extension from March 18, 2015, to and including April 1, 2015, to file an objection to the March 4, 2015, Recommendation of the Magistrate Judge.

Done, this 16th day of March 2015.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE