IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PHILLIPS, #256 638, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:12-cv-234-WHA |
| ) | |
| WARDEN CHERYL PRICE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

For the reasons set out in the Order of the court entered on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, Michael Phillips, and this case is DISMISSED with prejudice.

DONE this 22nd day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE